No. 82–924.  ROSENFIELD ET AL. *v.* NEW ENGLAND MER-
CHANTS NATIONAL BANK.  C. A. 11th Cir.  Certiorari de-
nied.

No. 82–932.  UITERWYK CORP. *v.* CTI-CONTAINER LEAS-
ING CORP.  C. A. 11th Cir.  Certiorari denied.

No. 82–938.  PAUER *v.* OHIO.  Ct. App. Ohio, Geauga
County.  Certiorari denied.

No. 82–950.  LABORDE *v.* REGENTS OF THE UNIVERSITY
OF CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 82–988.  DUFRIEND *v.* UNITED STATES.  C. A. 10th
Cir.  Certiorari denied.

No. 82–989.  MANOCCHIO *v.* RHODE ISLAND.  Sup. Ct.
R. I.  Certiorari denied.

No. 82–995.  SMITH *v.* LEHMAN, SECRETARY OF THE
NAVY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 82–997.  WEARDON, AKA AQUILA, DBA HERBAL EDU-
CATION CENTER *v.* UNITED STATES.  C. A. 2d Cir.  Certio-
rari denied.

No. 82–1015.  DERICKSON ET AL. *v.* UNITED STATES.
C. A. 6th Cir.  Certiorari denied.

No. 82–1028.  ROMO *v.* UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 82–1035.  BURNS *v.* UNITED STATES.  C. A. 7th Cir.
Certiorari denied.

No. 82–1055.  WINSLOW *v.* MORGAN COUNTY COMMIS-
SIONERS ET AL.  Ct. App. Colo.  Certiorari denied.